## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

NIKOLAOS T. HATZIEFSTATHIOU,
a/k/a "Nik the Hat,"

        Plaintiff, Pro Se,

        v.

JESSICA LYNNE SENG,
a/k/a "Granny's Watching";
STEPHANIE JO TRUDE,
a/k/a "BBQ Lady" and "BBQLADYY"; and
JOHN/JANE DOES 1-10,

        Defendants.

CIVIL ACTION NO: _____

## PROPOSED ORDER

1. Upon consideration of Plaintiff's Emergency Motion for Preservation Order and Limited Temporary / Preliminary Injunctive Relief, any response, and the record, it is ORDERED as follows:

2. Defendants and persons bound under Fed. R. Civ. P. 65(d)(2) after actual notice shall preserve native evidence relating to Plaintiff, this action, the challenged publications, the subpoena-related communications, and the exhibits, including videos, livestreams, clips, mirrors, posts, reposts, comments, chats, messages, emails, metadata, analytics, monetization records, deletion logs, edit histories, account records, platform records, captions, descriptions, titles, thumbnails, tags, URLs, and source files.

3. Defendants and persons bound under Fed. R. Civ. P. 65(d)(2) after actual notice shall not destroy, delete, alter, unlist, conceal, overwrite, fail to preserve, or materially impair covered evidence.

4. Defendants and persons bound under Fed. R. Civ. P. 65(d)(2) after actual notice shall not falsely represent that Plaintiff consented, appeared, testified voluntarily, accepted service, waived objections, endorsed content, authorized use of his identity, sponsored content, or affiliated with Defendants' content.

5. Defendants and persons bound under Fed. R. Civ. P. 65(d)(2) after actual notice shall not publicly disclose private identifiers, minor-related identifying information, private medical details, private supervision details, account numbers, nonparty addresses, nonparty phone numbers, unnecessary private email addresses, or other safety-sensitive information concerning Plaintiff or nonparties except as permitted by law, contained in public court records, necessary for court filing under seal or redaction, or allowed by further Court order.

6. This Order does not prohibit lawful criticism, opinion, fair comment, satire, public-record reporting, discussion of public proceedings, participation in litigation, petitioning activity, or other speech protected by the First Amendment.

7. This Order does not require removal of public content, prohibit public discussion of this case, bar media appearances, bar fundraising, impose platform sanctions, or adjudicate the merits of Plaintiff's claims.

8. This Order does not reverse, vacate, modify, or supervise any state-court order.

9. Security under Fed. R. Civ. P. 65(c) is set at $_____, or such other amount as the Court determines proper.

10. This Order binds only the parties; their officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with them after actual notice as provided by Fed. R. Civ. P. 65(d)(2).

11. No merits determination is made by this Order.


SO ORDERED.


Dated: _____, 2026


_____

United States District Judge

Dated: July 5, 2026

Respectfully submitted,

Nik T. Hatziefstathiou
Plaintiff, *pro se*

712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

Dated: July 5, 2026

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

NIKOLAOS T. HATZIEFSTATHIOU,
a/k/a "Nik the Hat,"

      Plaintiff, Pro Se,

      v.

JESSICA LYNNE SENG,
a/k/a "Granny's Watching";
STEPHANIE JO TRUDE,
a/k/a "BBQ Lady" and "BBQLADYY"; and
JOHN/JANE DOES 1-10,

      Defendants.

CIVIL ACTION NO: _____

## NOTICE OF RULE 65 MOTION

1. Please take notice that Plaintiff Nikolaos T. Hatziefstathiou, proceeding pro se, is filing an Emergency Motion for Preservation Order and Limited Temporary / Preliminary Injunctive Relief under Fed. R. Civ. P. 65.

2. The requested relief is preservation-first and limited to native evidence preservation, prevention of false consent or affiliation representations, protection of private identifiers and minor-related information, and preservation of lawful criticism, opinion, fair comment, satire, public-record reporting, and discussion of public proceedings.

3. The motion does not request a broad speech ban, content-removal order, media-appearance ban, fundraising ban, or platform sanction.

4. The motion papers include the Emergency Motion, Memorandum of Law, Declaration of Nikolaos T. Hatziefstathiou, Affidavit / Evidence Authentication Declaration, Proposed Order, Exhibit Index, and conventional-media notice.

5. Plaintiff will provide notice by a method permitted by law and will file a certificate identifying the date, time, method, recipient, service address, and materials served after notice is given. The present addresses to be used for notice and service are: Jessica Lynne Seng, 548 Tasker Ave, Norwood, Pennsylvania 19074; Stephanie Jo Trude, 827 Bedford Street, Claysburg, Pennsylvania 16625-7708, or 2003 14th Ave, Altoona, Pennsylvania 16601.

Dated: July 5, 2026

Respectfully submitted,

_____
Nik T. Hatziefstathiou
Plaintiff, *pro se*

712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

Dated: July 5, 2026

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

NIKOLAOS T. HATZIEFSTATHIOU,
a/k/a "Nik the Hat,"

Plaintiff, Pro Se,

v.

JESSICA LYNNE SENG,
a/k/a "Granny's Watching";
STEPHANIE JO TRUDE,
a/k/a "BBQ Lady" and "BBQLADYY"; and
JOHN/JANE DOES 1-10,

Defendants.

CIVIL ACTION NO: _____

## CERTIFICATE OF RULE 65 NOTICE

1. I, Nikolaos T. Hatziefstathiou, certify under 28 U.S.C. 1746 that Rule 65 notice was provided as follows:

2. Date of notice: _____5 July 2026_____.

3. Time of notice: _____7:00 A.M._____.

4. Recipient or counsel served: Jessica Lynne Seng, a/k/a "Granny's Watching," at 548 Tasker Ave, Norwood, Pennsylvania 19074; and Stephanie Jo Trude, a/k/a "BBQ Lady" and "BBQLADYY," at 827 Bedford Street, Claysburg, Pennsylvania 16625-7708, or 2003 14th Ave, Altoona, Pennsylvania 16601.

5. Method of notice: _____Atty. Email JIM@MARTUCCILAWOFFICES.com TKLINGE@MKCG.com_____

6. Materials provided: Emergency Motion for Preservation Order and Limited Temporary / Preliminary Injunctive Relief; Memorandum of Law; Declaration of Nikolaos T. Hatziefstathiou; Affidavit / Evidence Authentication Declaration; Proposed Order; Exhibit Index; conventional-media notice; and related filing papers.

7. I declare under penalty of perjury that the foregoing certificate is true and correct when completed and signed after notice is provided.

Dated: July 5, 2026

Respectfully submitted,

Nik T. Hatziefstathiou
Plaintiff, *pro se*

712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

Dated: July 5, 2026

