IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NIKOLAOS T. HATZIEFSTATHIOU    :         CIVIL ACTION
:
v.                :
:
JESSICA LYNNE SENG et al.    :        NO. 26-4659

ORDER

AND NOW, this 8th day of July 2026, it is hereby ORDERED that the emergency motion of plaintiff for "preservation order and limited temporary/preliminary injunctive relief" (Doc. #2) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                           J.