**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-4659** |
| | : | |
| **JESSICA LYNNE SENG,** *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 10th day of July, 2026, Plaintiff Nikolaos T. Hatziefstathiou having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Hatziefstathiou seeks to proceed with this action he must pay $405 to the Clerk of Court within thirty (30) days of the date of this Order.

2. In the event Hatziefstathiou is financially unable to pay the $405 in fees to commence this case, Hatziefstathiou may move to proceed *in forma pauperis*.

3. Hatziefstathiou will be provided a blank copy of the Court's non-prisoner application to proceed *in forma pauperis* bearing the civil action number of this case. Hatziefstathiou may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case. Hatziefstathiou must complete the form in its entirety. In completing the form, Hatziefstathiou must provide sufficient financial information for the Court to understand how he is supporting himself and any dependents. Additionally, Hatziefstathiou must sign the form under penalty of perjury to attest that he is unable to pay the costs of these proceedings. A false statement may result in dismissal of Hatziefstathiou's claims. If Hatziefstathiou is granted *in forma pauperis* status, the *in forma pauperis* statute requires the

Court to review his complaint and dismiss it if it is frivolous or malicious, fails to state a claim, or seeks damages from an immune defendant.

4.  If Hatziefstathiou fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**GEORGE WYLESOL**
**CLERK OF COURT**

**By:**  *s/ Stephen Gill*

**Deputy Clerk**