## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | Civil Action No.<br>**2:26-cv-04659-HB** |

## NOTICE OF COMPLIANCE WITH JULY 10, 2026 ORDER AND TENDER OF CIVIL FILING FEE
### (ECF No. 8)

1. Plaintiff provides notice that, with this July 22, 2026 submission, he tenders a check in the amount of $405 directly to the Clerk of Court for the civil filing fee in this action.

2. The tender is made in response to the July 10, 2026 Order entered at ECF No. 8, which directed Plaintiff to pay the $405 fee within thirty days if he intends to proceed. Ex. A.

3. The check is not attached to the public filing because it contains financial-account information.

1

4.  Plaintiff does not represent that the payment has been posted or cleared unless and until the Clerk confirms that fact.

5.  Plaintiff is not seeking leave to proceed in forma pauperis through this notice.

Dated: July 22, 2026

Respectfully submitted,

Nik T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

2