## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | Civil Action No.<br>**2:26-cv-04659-HB** |

## STATEMENT REGARDING PRE-SERVICE POSTURE AND COURTESY TRANSMISSION

1. As of July 22, 2026, Plaintiff has not completed formal service of the summons and complaint upon either named Defendant and has not received an executed waiver.

2. On July 5, 2026, Plaintiff sent courtesy inquiries to John J. Martucci, Jr., Esquire, and Thomas W. King, III, Esquire, asking whether they were authorized to accept service or facilitate waiver for the respective Defendants in this federal action.

1

3. Plaintiff does not represent that the July 5 communications constituted service under Rule 4 or Rule 5, an appearance by either attorney, consent to electronic service, or proof that either attorney is an authorized agent for service.

4. After completing the transmissions on July 22, 2026, Plaintiff sent courtesy copies of the present motion packet by electronic mail to John J. Martucci, Jr., Esquire, at jjm@martuccilawoffices.com and Thomas W. King, III, Esquire, at TKing@dmkcg.com.

5. This statement documents courtesy notice of the motion packet only and does not alter the separate requirements for formal service under Rule 4.

Dated: July 22, 2026

Respectfully submitted,

nk T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

2