## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**NIKOLAOS T. HATZIEFSTATHIOU,**
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

          Plaintiff, Pro Se,

           v.

**STEPHANIE JO TRUDE,**
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

**JESSICA LYNNE SENG,**
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

          and

**JOHN/JANE DOES 1-10,**

          Defendants.

Civil Action No.
**2:26-cv-04659-HB**

## DECLARATION OF NIKOLAOS T. HATZIEFSTATHIOU IN SUPPORT OF MOTION FOR LIMITED EXTENSION OF TIME TO EFFECTUATE SERVICE

1. I am the Plaintiff in this action and submit this declaration from personal knowledge.

2. I delivered the original filing packet to the Clerk, and the first page bears a Clerk's received stamp dated July 5, 2026. A copy of that stamped page is attached as Exhibit B.

3. The original filing packet included proposed summons forms for Jessica Lynne Seng and Stephanie Jo Trude.

4. On July 22, 2026, contemporaneously with this submission, I am tendering to the Clerk a check payable to "Clerk, United States District Court" in the amount of $405 in response to ECF No. 8. I

1

am not attaching a public copy of the check because it contains financial-account information. As of the time I execute this declaration, I do not represent that the payment has been posted or cleared unless the Clerk has separately confirmed that fact.

5. As of the time I execute this declaration, I have not received issued summonses and I have not completed formal service on either named Defendant.

6. On July 5, 2026, I sent a written courtesy inquiry to John J. Martucci, Jr., Esquire, concerning whether he was authorized to accept service or facilitate waiver for Jessica Lynne Seng. A copy is attached as Exhibit C.

7. On July 5, 2026, I sent a written courtesy inquiry to Thomas W. King, III, Esquire, concerning whether he was authorized to accept service or facilitate waiver for Stephanie Jo Trude. A copy is attached as Exhibit D.

8. I have not received an executed waiver, affirmative acceptance of service, or confirmation that either attorney is an authorized agent for service in this federal action. I do not regard a lack of response or lack of authority as refusal of service, and I do not claim that the July 5 communications themselves completed service.

9. After issued summonses are available, I intend promptly to retain qualified private process servers for Seng in the Eastern District of Pennsylvania and for Trude in the Western District of Pennsylvania and to file accurate returns of service.

10. If the Court directs service under Rule 4(c)(3), I am prepared to provide issued summonses, the operative complaint, completed USM-285 forms, required copies, and any lawful advance payment required by the United States Marshals Service.

11. I am not asking in this motion for leave to amend. Any complete First Amended Complaint will be filed separately under Rule 15(a)(1)(A) if that right remains available.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 22, 2026, at Broomall, Pennsylvania.

2

Dated: July 22, 2026

Respectfully submitted,

N. T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

3