## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**NIKOLAOS T. HATZIEFSTATHIOU,**
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

Plaintiff, Pro Se,

v.

**STEPHANIE JO TRUDE,**
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

Civil Action No.
**2:26-cv-04659-HB**

**JESSICA LYNNE SENG,**
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

and

**JOHN/JANE DOES 1-10,**

Defendants.

## EXHIBIT B
Clerk-Received First Page of Original Filing Packet, July 5, 2026

Public Court Record / Public-Redacted Filing Material

1



## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

NIKOLAOS T. HATZIEFSTATHIOU.
a/k/a "Nik the Hat."

   Plaintiff, Pro Se.

     v.

JESSICA LYNNE SENG,
a/k/a "Granny's Watching":
STEPHANIE JO TRUDE,
a/k/a "BBQ Lady" and "BBQLADYY"; and
JOHN/JANE DOES 1-10,

   Defendants.

CIVIL ACTION NO: _____

**JURY TRIAL DEMANDED**

## FEDERAL CIVIL COVER SHEET DATA DOCUMENT

 1. Plaintiff: Nikolaos T. Hatziefstathiou, a/k/a "Nik the Hat," Plaintiff, Pro Se. 712 Cedar Grove Road, Broomall, PA 19008.

 2. Defendants: Jessica Lynne Seng, a/k/a "Granny's Watching," 548 Tasker Ave, Norwood. Pennsylvania 19074; Stephanie Jo Trude, a/k/a "BBQ Lady" and "BBQLADYY," 827 Bedford Street, Claysburg, Pennsylvania 16625-7708, or 2003 14th Ave, Altoona, Pennsylvania 16601; and John/Jane Does 1-10.

 3. County of Plaintiff: Delaware County, Pennsylvania.

 4. County of Defendant Seng: Delaware County, Pennsylvania. Address: 548 Tasker Ave, Norwood, Pennsylvania 19074.

 5. County of Defendant Trude: Blair County, Pennsylvania. Addresses: 827 Bedford Street, Claysburg, Pennsylvania 16625-7708, or 2003 14th Ave, Altoona, Pennsylvania 16601.

 6. Basis of jurisdiction: Federal question, 28 U.S.C. 1331; supplemental jurisdiction. 28 U.S.C. 1367; declaratory relief, 28 U.S.C. 2201.

 7. Federal causes of action: 15 U.S.C. 1125(a)(1)(A); 18 U.S.C. 2511 and 2520; Fed. R. Civ. P. 65.

 8. Related Pennsylvania causes of action: 18 Pa. Cons. Stat. 5703 and 5725; 42 Pa. Cons. Stat. 8316; 42 Pa. Cons. Stat. 8343; Pennsylvania common-law privacy, defamation, false light, tortious interference, abuse of process, conspiracy, aiding-and-abetting, and related tort theories.

 9. Venue: Eastern District of Pennsylvania under 28 U.S.C. 1391(b)(1) and (b)(2).

 10. Jury demand: Yes.