## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**NIKOLAOS T. HATZIEFSTATHIOU,**
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

        Plaintiff, Pro Se,

        v.

**STEPHANIE JO TRUDE,**
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

**JESSICA LYNNE SENG,**
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

        and

**JOHN/JANE DOES 1-10,**

        Defendants.

Civil Action No.
**2:26-cv-04659-HB**

## PROPOSED ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's

Motion for Limited Extension of Time to Effectuate Service and, in the Alternative, for Court-Directed

Service, it is ORDERED that:

1. Plaintiff's deadline to serve the summons and operative complaint upon the named Defendants is

   EXTENDED through November 30, 2026.

2. After the filing fee is accepted and procedurally compliant summons forms are presented, the Clerk

   shall issue summonses in accordance with Federal Rule of Civil Procedure 4(b).

1

3. Plaintiff's request for court-directed service under Rule 4(c)(3) is GRANTED. Plaintiff shall furnish the United States Marshals Service with the issued summonses, operative complaint, completed Forms USM-285, required copies, and any advance deposit or other materials lawfully required for service.

4. If the United States Marshals Service advises that it cannot accept the assignment or requires further direction, Plaintiff may complete service through any qualified nonparty adult or other method permitted by Rule 4.

5. Plaintiff shall file proof of service in accordance with Rule 4(l).

6. Nothing in this Order treats the July 5, 2026 courtesy communications as service, waiver, appearance, authorized acceptance, avoidance, or refusal of service.

7. No ruling is made concerning amendment under Rule 15, and no merits determination is made by this Order.

**SO ORDERED.**

**HARVEY BARTLE III**
United States District Judge

Dated: July 22, 2026

Respectfully submitted,

T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

2