**[Clerks Office Only]**

**Name:**

**MOTION FOR LIMITED EXTENSION OF TIME TO EFFECTUATE SERVICE AND, IN THE ALTERNATIVE, FOR COURT-DIRECTED SERVICE**

**Email Address:**

nh@oneworldcommand.com

**Phone Number**

2676488561

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Nikolaos T. Hatziefstathiou v. Jessica Lynne Seng et al.**

**Case Number**

**2:26-CV-04659**

**Description of Document(s)**

**Motion, Memorandum of Law, Declaration, Exh. A-D, Notice, Statement**

**Do you have a mailing address?**

**Yes**

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**712 Cedar Grove Road**

**Mailing Address Line 2**

**City:**

**Broomall**

**State:**

**PA**

**Zip Code:**

**19008**

**Other**

**Terms of Submission**

**Yes**

Hide empty values