# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU,<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>STEPHANIE JO TRUDE,<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>JESSICA LYNNE SENG,<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>JOHN/JANE DOES 1-10,<br><br>Defendants. | CIVIL ACTION NO:<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL<br>DEMANDED** |

## EXHIBIT INDEX

(Post-Order Preservation and Conditional Attorney-Witness Motion)

1. Exhibit A - Timestamped transcript excerpt from the July 20, 2026 YouTube livestream in which Seng acknowledges the federal action and characterizes the July 8 denial and preservation issue.

2. Exhibit B - Timestamped transcript excerpt showing Trude participating on the July 20, 2026 livestream panel.

3. Exhibit C - Public YouTube page captures showing title, date, panel, channel membership, paid Super Chat, subscriber count, and displayed metrics.

4. Exhibit D - Public posts dated July 13-15, 2026 showing Trude in Philadelphia, repeated imagery near a sign reading "F*** THE RATS," and a photograph with an adult man whom Plaintiff

1

identifies but whose identity the photograph alone does not authenticate; submitted only as context for Plaintiff's asserted intimidation concern.

5. Exhibit E - Public-redacted excerpt of Plaintiff's July 5, 2026 notice to Attorney Martucci concerning service authority, preservation, and counsel communications.

6. Exhibit F - ODC July 10, 2026 request for additional information, File No. C1-26-557; proposed sealed or in camera submission; no disciplinary finding alleged.

Respectfully submitted,

Nik T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com
Dated: July 20, 2026

2