## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL**<br>**DEMANDED** |

## <u>EXHIBIT A</u>

### JULY 20, 2026 YOUTUBE TRANSCRIPT EXCERPT - SENG

Public transcript excerpt; submitted to show knowledge, public characterization, and preservation

need.

1

# Exh. A - Granny's Watching, Me...18_06, YouTube (July 20, 2026)

📅 Mon, Jul 20, 2026 2:02PM   🕐 0:24

**SPEAKERS**

Jessica Lynne Seng a/k/a Granny's Watching

 Jessica Lynne Seng a/k/a Granny's Watching  00:02

Well, since somebody put it out already, Nik is suing barbecue and I in federal court now. But he was looking for a reaction; we weren't giving him one. But I seen the IC Nik's little troll accounts going around trying to get people to talk on it, trying to get people to say it. But yeah, he filed. Of course, his initial injunction was denied. His request for preservation of our cell phones denied. But yeah, he filed a whole nother fucking lawsuit.