## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL**<br>**DEMANDED** |

## EXHIBIT B

### JULY 20, 2026 YOUTUBE TRANSCRIPT EXCERPT - TRUDE

Public transcript excerpt; submitted to show participation on the same livestream panel.

1

# Exh. B - Granny's Watching, Me...07-20, YouTube (July 20, 2026)

📅 Mon, Jul 20, 2026 2:14PM   🕐 1:01

**SUMMARY KEYWORDS**

friendship, clicks, views, errands, text message, phone call, driving, safety, meeting, chat, goodbye

**SPEAKERS**

Stephanie Jo Trude, Jessica Lynne Seng

**Jessica Lynne Seng**  00:00

I'll tell you that, fucking sucks. Well, people can keep firing and shit. Sucks that people pretend to be your friend just to get some clicks and views. Yeah, sucks. All of this sucks. What were you saying, barbecue?

**Stephanie Jo Trude**  00:16

No, I was just gonna say I'm just gonna I'm gonna hop down because I want to try to run a couple errands. But do you wanna? You just wanna text me a time.

**Jessica Lynne Seng**  00:24

Yeah, I'll text you a time. I gotta wrap this up too, so I'll shoot you a message and see what works.

**Stephanie Jo Trude**  00:29

Yeah, you can call me. I'm I'm available by phone. Okay. I just I don't want to be driving and having my fucking seatbelt shit go off or whatever. But thanks for having me up and really ain't much to say right this second, but yeah, I'll chat with you later. But we'll do something later.

Jessica Lynne Seng  00:52
Okay, I'll talk to you soon.

Stephanie Jo Trude  00:54
All right, bye, Clue. Bye, Lynn. Bye, Chad. Bye, Barbecue. All.