## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

**NIKOLAOS T. HATZIEFSTATHIOU,**
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

Plaintiff, Pro Se,

v.

**STEPHANIE JO TRUDE,**
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

**JESSICA LYNNE SENG,**
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

and

**JOHN/JANE DOES 1-10,**

Defendants.

**CIVIL ACTION NO:**
**2:26-cv-04659-HB**

**JURY TRIAL**
**DEMANDED**

## EXHIBIT C
JULY 20, 2026 YOUTUBE PAGE CAPTURES

Public page captures showing title, date, panel, channel membership, paid Super Chat, subscriber

count, and displayed metrics.

1



## Description ✕

that might otherwise be infringing. Non-profit, educational or personal use tips the balance in favor of fair use. All rights and credit go directly to it's rightful owners. No copyright infringement intended

Granny's Watching
18.4K subscribers

**Subscribe**

▶ Videos      ◎ About

**Thank you, channel members!**      Join



## Video details

| | | |
|---|---|---|
| 📅 Date | | Jul 20, 2026 |
| ▶ Viewers | | 1,095 |
| 👍 Likes | | 1,101 |



## Description ✕

**Messy On The Lords Day!? Sheesh.**

| 1.1K | 1,095 | Jul 20 |
|---|---|---|
| Likes | Viewers | 2026 |

Join this channel to get access to perks:

**@GrannysWatching13**
YouTube · 18.4K subscribers    **Subscribe**

This video is done for entertainment, awareness or educational purposes. This channel does not promote harassment or bullying of any kind. All commentary done here is opinion based.

This video is under Fair Use: Copyright Disclaimer Under Section 107 of the Copyright Act in 1976; Allowance is made for "Fair Use" for purposes such as criticism, comment, news reporting, teaching, scholarship, and research. Fair Use is a use permitted by copyright statue that might otherwise be infringing. Non-profit, educational or personal use tips the balance in favor of fair use. All rights and credit go directly to it's rightful owners. No copyright infringement intended

Granny's Watching    Subscribe

