# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL**<br>**DEMANDED** |

## EXHIBIT D

PHILADELPHIA PUBLIC POSTS DATED JULY 13-15, 2026

Public posts showing Trude in Philadelphia, repeated imagery near a sign reading "F*** THE RATS,"

and a photograph with an adult man whom Plaintiff identifies. The photograph alone does not

authenticate the man's identity, and no criminal conduct, knowledge, agency, or participation by the

third party is alleged.

1



Everyone watching these plaintiffs and the fake rico they accused us - while they weaponizing the courts to frivolously sue us ON THE BACK OF A MISSING KID - is watching justice starting to be served on a silver platter!



2:14 PM · 7/15/26 · **866** Views

Relevant ∨















