## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>       Plaintiff, Pro Se,<br><br>       v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>       and<br><br>**JOHN/JANE DOES 1-10,**<br><br>       Defendants. | **CIVIL ACTION NO:**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL**<br>**DEMANDED** |

## EXHIBIT E

JULY 5, 2026 MARTUCCI NOTICE - PUBLIC-REDACTED EXCERPT

Excerpt concerning service authority, preservation, counsel communications, and public republication

of litigation correspondence.

1

## NIKOLAOS HATZIEFSTATHIO
### ONE WORLD ALLIANCE

JULY 5, 2026

VIA E-MAIL ONLY

JOHN J. MARTUCCI, JR., ESQUIRE
MARTUCCI LAW OFFICES, LLC
JJM@MARTUCCILAWOFFICES.COM

### Re: EDPA Pro Se Action - Authority to Accept Service for Jessica Lynne Seng / Notice Regarding Counsel Communications, Probation-Status Threats, and Public Counter-Speech

Counsel,

This correspondence concerns a separate pro se federal civil action filed in the United States District Court for the Eastern District of Pennsylvania against Jessica Lynne Seng. It does not concern the merits of the pending Delaware County appeal. For matters in which I am represented, communicate through counsel of record. For this separate federal pro se action, I am asking one narrow service question.

Are you authorized to accept service of the summons and complaint on behalf of Jessica Lynne Seng under Fed. R. Civ. P. 4(e)(2)(C), or to facilitate waiver of service under Fed. R. Civ. P. 4(d)?

Kindly answer with a simple yes or no. If yes, identify the capacity in which you are authorized and confirm the email or physical address for service or waiver materials. If no, state that you are not authorized. No insults, commentary, threats, or theatrical add-ons are required.

Your July 1, 2026 email, sent at 5:11 a.m., is attached as Exhibit A.[1] That was not a Rule 4 response. It was not a service communication. It was a threat communication.

> "Can you say clicks and views."
>
> "I don't chase ambulances. Not to fret, more surprises are on the way or as you like to say, calm before the storm."
>
> "you do realize while on probation you are still in custody."
>
> "we will certainly inform the Court you have a lawyer who refuses to accept service, provide your "X" post thereto and note your probationary status as you seemed to have gone underground with a mysterious ailment.Get Well!"
>
> — *Exhibit A, p. 1.*

Nor is it isolated. Attached as Exhibits B through H are examples of the broader communications pattern. Exhibit B is your January 21, 2025 letter asserting that lawful measures should not involve public platforms while accusing my side of public harassment.[2] Exhibit C is your Saturday-night 10:40 p.m. email containing rhetoric that, in context, has no place in service or decorum disputes.[3]

> "Amazingly, BNJ as one of her co-plaintiffs once asserted is placing the pigeon (you) in the pickle jar."
>
> "We welcome her continued drivel. It was said before and it continues to be solidified; BNJ is the Jelly of the Month Club, right Clark?"
>
> "Guess what? You are going to be squeezed, legally that is..."
>
> "Based on the creamed corn drool emanating from BNJ..."
>
> — *Exhibit C, pp. 2-3.*

PUBLIC REDACTED EXCERPT

## NIKOLAOS HATZIEFSTATHIC

Yes or no.

These exhibits are not being placed on any public docket by me at this time. They are being transmitted privately with this correspondence to resolve a Rule 4 service issue, preserve a record, and avoid unnecessary motion practice. If you choose to place them on a public docket, that is your decision. **If Ms. Seng, any aligned channel, or any person acting with notice of this correspondence broadcasts, reads, uploads, summarizes, monetizes, or otherwise republishes this letter or its exhibits, I will treat that as dissemination by the defense side and will place the issue before the Court immediately.** If that occurs during a livestream, the matter will be before the Court before the stream ends.

Respectfully,

Nik Tzimas Hatziefstathiou
@nikthehat

8 July 2026

st / Probation

Exhibit D - March 20, 2026 Martucci Email to Court / Counsel
Exhibit E - April 21, 2026, 4:20 p.m. Martucci YouTube-Link Email
Exhibit F - April 21, 2026, 9:22 p.m. Martucci Email to Court Staff
Exhibit G - May 3, 2026 Sunday Martucci Email
Exhibit H - February 4, 2026, 3:09 a.m. Martucci Email re Livestream Commentary / Threatened Litigation / Discovery

PUBLIC-REDACTED EXCERPT

BUSINESS OFFICIAL · ATTORNEY-CLIENT PRIVILEGE · FOR LAW ENFORCEMENT · PRIVATE AND/OR PERSONAL