# Pro Se Electronic Filing



**Name:**

Motion for Leave to Amend and Decorum Hearing, Memorandum of Law, Supplemental Declaration, Exhibit Index, Exhibits A to E, Certificate of Service

**Email Address:**

nh@oneworldcommand.com

**Phone Number**

2676488561

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

Nikolaos T. Hatziefstathiou v. Jessica Lynne Seng et al.

**Case Number**

26-CV-4659

**Description of Document(s)**

Motion for Leave and Petition for Decorum Hearing, Memorandum, Exhibit Index and Exhibits A to E, Supplemental Declaration

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

712 Cedar Grove Road

**City:**

Broomall

**State:**

PA

**Zip Code:**

19008

**Terms of Submission**

Yes

Show empty values