# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL**<br>**DEMANDED** |

## SECOND SUPPLEMENTAL DECLARATION OF NIKOLAOS T. HATZIEFSTATHIOU

1. I am the Plaintiff in this action and submit this declaration from personal knowledge except where I identify information received from a document or another source.

2. After ECF No. 10 was filed, I received and preserved a ten-page PDF titled NEW EXHIBITS TO FILE. I selected source pages 5, 6, 8, and 10 because they contain the statements addressed in this supplement.

3. The public-redacted Supplemental Exhibit A is a true and correct copy of those selected screenshots in my possession, except that the proposed witness identifier and the most specific occupation/geographic information have been covered with redactions for the public filing. The words otherwise shown in the screenshots have not been changed.

1

4. Source page 5 displays the account handle @Bbq_Lady stating: "[Witness A] - I'd be really careful with your work computer and things you're saying or doing."

5. Source pages 6 and 8 display the account handle @Bbq_Lady stating: "We all know who [Witness A] is, where she works. It's all public on her own social media."

6. Source page 10 displays the account handle @Bbq_Lady stating the proposed witness's name or handle, governmental occupation, and state, followed by "ITS PUBLIC info." The public version redacts the identifying details.

7. Source page 10 also displays a statement by a separate account concerning people "CONGRAGATING AND PLOTTING." I do not attribute that separate statement to Defendant Trude or Defendant Seng in this declaration.

8. The handle @Bbq_Lady is shown on the screenshots. My complaint and prior filings identify that handle as associated with Defendant Trude. I recognize that the screenshots alone do not establish who physically typed each statement, who controlled the stream, or the complete surrounding context.

9. On July 23, 2026, Attorney Joseph P. Lesniak forwarded to me a two-page email he received from Attorney John J. Martucci, Jr. concerning the related state action and discussing this federal action. A true and correct copy is attached as Supplemental Exhibit B.

10. The July 23 email states that Martucci's office had not entered an appearance and had not been retained in this federal action, while also discussing my filings, service efforts, and conduct. I submit it to document the communication channel, not as proof of an appearance, acceptance of service, or waiver.

11. As of the date I sign this declaration, I have not filed a return establishing completed Rule 4 service on either named Defendant.

12. I request that the Court receive the public-redacted evidence and defer any coercive relief or sanctions issue until service and an opportunity to respond.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 23, 2026.

Dated: July 23, 2026

Respectfully submitted,

Nikolaos Hatzikestathiou

2

Nikolaos T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

3