# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL**<br>**DEMANDED** |

## CERTIFICATE OF NOTICE

I certify that on July 23̶4̶, 2026, I submitted the foregoing documents to the Clerk of Court for filing through the Electronic Document Submission system or by another authorized pro se filing method.

I further certify that I sent courtesy copies of the Motion, Memorandum, Declaration, Proposed Order, and public exhibits to the following attorneys who represent one or more Defendants in related state proceedings:

- -. John J. Martucci, Jr., Esq. - jjm@martuccilawoffices.com / fax (267) 961-7005

- -. Thomas W. King III, Esq. - tking@dmkcg.com

- -. Thomas E. Breth, Esq. - tbreth@dmkcg.com

- -. Robert S. Stickley, Jr., Esq. - rstickley@stickley.law

Method(s) used (check all that apply): [✓] Email  [ ] Facsimile  [ ] First-Class Mail

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __23 July__, 2026            Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

2