## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

<table>
<tr><td>

**NIKOLAOS T. HATZIEFSTATHIOU,**
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

Plaintiff, Pro Se,

v.

**STEPHANIE JO TRUDE,**
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

**JESSICA LYNNE SENG,**
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

and

**JOHN/JANE DOES 1-10,**

Defendants.

</td><td>

**CIVIL ACTION NO:**

**2:26-cv-04659-HB**

**JURY TRIAL
DEMANDED**

</td></tr>
</table>

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2026, upon consideration of Plaintiff's Motion for Leave to File a Second Supplemental Declaration and Public-Redacted Exhibits in Support of ECF No. 10, it is ORDERED that:

1. The Motion is GRANTED to the limited extent stated in this Order.

2. The Second Supplemental Declaration and public-redacted Supplemental Exhibits A and B may be filed and considered as a supplement to ECF No. 10.

3. The nonparty identified in the public filing may be referred to as Witness A unless the Court orders otherwise.

4. The public-redacted version of Supplemental Exhibit A shall remain on the public docket.

1

5. Any unredacted version of Supplemental Exhibit A may be submitted only through the Court's sealed-filing procedure and shall not be publicly filed absent further order.

6. No preliminary injunction, sanctions, contempt relief, or finding of misconduct is entered by this Order.

7. Further substantive consideration of protective or sanctions relief is DEFERRED until formal service is completed and the Court establishes an appropriate response or case-management schedule.

**BY THE COURT:**

_____

**HARVEY BARTLE III, J.**