## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## PUBLIC SUPPLEMENTAL EXHIBIT INDEX

| Exhibit | Objective Description | Referenced For |
|---|---|---|
| A | Public-redacted selected screenshots from NEW EXHIBITS TO FILE, source pages 5, 6, 8, and 10 | Statements concerning Witness A's work computer, identity, workplace, occupation, and state; proposed witness identifier and specific occupation/geographic information redacted. |
| B | July 23, 2026 email from John J. Martucci, Jr. to Joseph P. Lesniak, Esq., copied to related-matter counsel | Communication discussing this federal action while stating that Martucci's office had not appeared and had not been retained in this case. |
| C | FedEx tracking record for Tracking No. 528177256112 | Evidence supporting the separate notice that the $405 filing-fee check was mailed on July 23, 2026. |

Dated: July 2~~4~~, 2026
        23

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, pro se

1

712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com