## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

NIKOLAOS T. HATZIEFSTATHIOU,
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

Plaintiff, Pro Se,

v.

STEPHANIE JO TRUDE,
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

JESSICA LYNNE SENG,
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

and

JOHN/JANE DOES 1-10,

Defendants.

CIVIL ACTION NO:
**2:26-cv-04659-HB**

**JURY TRIAL
DEMANDED**

## PLAINTIFF'S NOTICE OF MAILING OF THE $405.00 CIVIL FILING FEE IN RESPONSE TO THE JULY 10, 2026 ORDER

1. The Court entered an Order on July 10, 2026 directing Plaintiff to pay the $405.00 civil filing fee within thirty days if he wished to proceed. ECF No. 8.

2. On July 23, 2026, Plaintiff caused a FedEx envelope containing Check No. 184927 in the amount of $405.00, payable to Clerk, United States District Court, to be sent to the Clerk of Court/Finance Department for this action.

3. FedEx Tracking No. 528177256112 reflects pickup in Englewood, Colorado on July 23, 2026 and an estimated Philadelphia delivery date of July 27, 2026. A true and correct copy of the tracking record is attached as Exhibit 1.

1

4. This Notice reports mailing of the payment. Plaintiff understands that the filing fee is not posted as paid until the Clerk receives and processes the check.

5. Plaintiff respectfully requests that the Clerk apply the payment to Civil Action No. 2:26-cv-04659-HB upon receipt.

### VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 24, 2026.

Dated: July 24, 2026

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

2