# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,** a/k/a "Nik the Hat," 712 Cedar Grove Road Broomall, Pennsylvania 19008 <br><br> Plaintiff, Pro Se, <br><br> v. <br><br> **STEPHANIE JO TRUDE,** a/k/a "BBQ Lady" and "BBQLADYY," 827 Bedford Street Claysburg, PA 16625-7708 -or- 2003 14th Ave Altoona, PA 16601 <br><br> **JESSICA LYNNE SENG,** a/k/a "Granny's Watching," 548 Tasker Avenue Norwood, PA 19074 <br><br> and <br><br> **JOHN/JANE DOES 1-10,** <br><br> Defendants. | **CIVIL ACTION NO:** **2:26-cv-04659-HB** <br><br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNREDACTED SUPPLEMENTAL EXHIBIT A UNDER SEAL

1. Plaintiff moves under Local Civil Rules 5.1.2(6) and 5.1.5, Federal Rule of Civil Procedure 5.2(e), and the Court's inherent authority for leave to file the unredacted selected source pages corresponding to public-redacted Supplemental Exhibit A under seal.

2. The unredacted pages identify a nonparty by name or handle and disclose workplace, governmental occupation, and geographic information. Public filing would repeat and amplify the identification that Plaintiff asks the Court to evaluate.

3. Plaintiff has filed or tenders a public-redacted version that leaves the challenged statements and surrounding context visible while redacting only the proposed witness identifier and the most specific occupation/geographic information.

1

4. The requested seal is limited to four selected source pages and the confidential cover page. No broader sealing of the motion, memorandum, or public-redacted exhibits is requested.

5. The sealed materials are submitted to the Clerk in PDF form with a cover sheet marked FILED UNDER SEAL in accordance with Local Civil Rule 5.1.2(6).

## REQUESTED RELIEF

Plaintiff respectfully requests an order permitting the unredacted selected pages to be filed under seal until further order, while maintaining the public-redacted version on the public docket.

Dated: July 24, 2026

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

2