# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

**NIKOLAOS T. HATZIEFSTATHIOU,**
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

Plaintiff, Pro Se,

v.

**STEPHANIE JO TRUDE,**
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

**JESSICA LYNNE SENG,**
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

and

**JOHN/JANE DOES 1-10,**

Defendants.

**CIVIL ACTION NO:**
**2:26-cv-04659-HB**

**JURY TRIAL**
**DEMANDED**

## MEMORANDUM IN SUPPORT OF MOTION TO FILE UNREDACTED SUPPLEMENTAL EXHIBIT A UNDER SEAL

### I. Standard

Local Civil Rule 5.1.5 permits sealing by court order. A party seeking confidentiality must show good cause through a specific, clearly defined injury, and the Court must consider the public right of access and whether narrower alternatives are adequate. Pansy v. Borough of Stroudsburg, 23 F.3d 772, 786-88 (3d Cir. 1994); In re Avandia Mktg., Sales Practices & Prods. Liab. Litig., 924 F.3d 662, 671-73 (3d Cir. 2019).

### II. Good Cause Exists for a Narrow Seal

The unredacted screenshots identify a nonparty and disclose workplace, public-employment, and geographic information. The present motion concerns whether those disclosures and related warnings

1

warrant judicial management. Publicly reproducing the same identifying information would undermine the requested protection and may increase the risk of employer contact, harassment, or further dissemination.

The nonparty is not seeking damages or relief as a party. The public interest is served by filing the substantive statements and context in redacted form. The proposed redactions remove only the identifying details; the remainder of the exhibit, motion, declaration, and legal argument remain public.

No broader seal is requested. The sealed appendix consists only of the confidential cover and four selected source pages. The Court may revisit the seal after service, response, or further order.

### III. Conclusion

The Court should permit the unredacted Supplemental Exhibit A to be filed under seal while the public-redacted version remains available on the docket.

Dated: July 24, 2026

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com