## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

NIKOLAOS T. HATZIEFSTATHIOU,
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

                  Plaintiff, Pro Se,

                  v.

STEPHANIE JO TRUDE,
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

JESSICA LYNNE SENG,
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

                  and

JOHN/JANE DOES 1-10,

                  Defendants.

CIVIL ACTION NO:

**2:26-cv-04659-HB**

**JURY TRIAL
DEMANDED**

## CERTIFICATE OF NOTICE

I certify that on July 23, 2026, I submitted the foregoing documents to the Clerk of Court for filing through the Electronic Document Submission system or by another authorized pro se filing method.

I further certify that I sent courtesy copies of the Motion, Memorandum, Declaration, Proposed Order, and public exhibits to the following attorneys who represent one or more Defendants in related state proceedings:

-. John J. Martucci, Jr., Esq. - jjm@martuccilawoffices.com / fax (267) 961-7005

-. Thomas W. King III, Esq. - tking@dmkcg.com

-. Thomas E. Breth, Esq. - tbreth@dmkcg.com

-. Robert S. Stickley, Jr., Esq. - rstickley@stickley.law

Method(s) used (check all that apply): [✓] Email  [ ] Facsimile  [ ] First-Class Mail

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __23  July__, 2026          Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com

2