# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,** a/k/a "Nik the Hat," 712 Cedar Grove Road Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,** a/k/a "BBQ Lady" and "BBQLADYY," 827 Bedford Street Claysburg, PA 16625-7708 -or- 2003 14th Ave Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,** a/k/a "Granny's Watching," 548 Tasker Avenue Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:** <u>**2:26-cv-04659-HB**</u><br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE UNREDACTED SUPPLEMENTAL EXHIBIT A UNDER SEAL

AND NOW, this ____ day of _____, 2026, upon consideration of Plaintiff's Motion for Leave to File Unredacted Supplemental Exhibit A Under Seal, it is ORDERED that:

1. The Motion is GRANTED.

2. The unredacted Supplemental Exhibit A may be filed and maintained under seal until further order of the Court.

3. The public-redacted version shall remain on the public docket.

4. No other document is sealed by this Order.

5. The Court retains authority to modify or lift the seal after notice and an opportunity to be heard.

**BY THE COURT:**

1

_____
**HARVEY BARTLE III, J.**