# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br>a/k/a "Nik the Hat,"<br>712 Cedar Grove Road<br>Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,**<br>a/k/a "BBQ Lady" and "BBQLADYY,"<br>827 Bedford Street<br>Claysburg, PA 16625-7708<br>-or-<br>2003 14th Ave<br>Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,**<br>a/k/a "Granny's Watching,"<br>548 Tasker Avenue<br>Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br><u>**2:26-cv-04659-HB**</u><br><br>**JURY TRIAL<br>DEMANDED** |

## FILED UNDER SEAL
## <u>UNREDACTED SUPPLEMENTAL EXHIBIT A</u>

Submitted with Plaintiff's Motion for Leave to File Unredacted Supplemental Exhibit A Under Seal.

This submission contains a proposed witness identifier, workplace, governmental occupation, and geographic information. It must not be placed on the public docket unless the Court orders otherwise.

Public-redacted versions of the same selected pages are supplied separately for the public docket.

Dated: July 24, 2026

Respectfully submitted,

_____

Nikolaos T. Hatziefstathiou
Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008

Mobile: (267) 648-8561
Email: nh@oneworldcommand.com