# PUBLIC-REDACTED SUPPLEMENTAL EXHIBITS 1-4

## Hatziefstathiou v. Trude, et al. | No. 2:26-cv-04659-HB

These public exhibits are cropped excerpts from source pages 5, 6, 8, and 10 of
"NEW EXHIBITS TO FILE." The proposed witness identifier is redacted on all pages.
Specific employment details are also redacted on Supplemental Exhibit 4.
The unredacted selected pages are retained separately and should not be filed publicly
without leave to submit them under seal, in camera, or as otherwise directed.

---

**SOURCE SELECTION**

Relevant pages selected: 5, 6, 8, and 10.

Pages 1-4, 7, and 9 were reviewed but are not included because they do not
materially bear on the workplace-identification / potential-witness issue.

## SUPPLEMENTAL EXHIBIT 1 - PUBLIC REDACTED

Source: NEW EXHIBITS TO FILE, page 5



**Statement shown:**

"[WITNESS A] - I'd be really careful with your 'work computer' and things you're saying or doing."

*Witness identifier redacted.*

## SUPPLEMENTAL EXHIBIT 2 - PUBLIC REDACTED

Source: NEW EXHIBITS TO FILE, page 6



**Statement shown:**

"We all know who [WITNESS A] is, where she works. It's all public on her own social media."

*Witness identifier redacted.*

# SUPPLEMENTAL EXHIBIT 3 - PUBLIC REDACTED

Source: NEW EXHIBITS TO FILE, page 8



**Statement shown:**

Repeated isolated display of the same identity/workplace statement.

*Witness identifier redacted.*

## SUPPLEMENTAL EXHIBIT 4 - PUBLIC REDACTED

Source: NEW EXHIBITS TO FILE, page 10



**Statement shown:**

The unredacted statement identifies Witness A and states her governmental occupation and state, followed by "ITS PUBLIC info."

*Witness identifier and employment details redacted. The nearby plotting statement is by another chat participant.*