## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,** a/k/a "Nik the Hat," 712 Cedar Grove Road Broomall, Pennsylvania 19008<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>**STEPHANIE JO TRUDE,** a/k/a "BBQ Lady" and "BBQLADYY," 827 Bedford Street Claysburg, PA 16625-7708 -or- 2003 14th Ave Altoona, PA 16601<br><br>**JESSICA LYNNE SENG,** a/k/a "Granny's Watching," 548 Tasker Avenue Norwood, PA 19074<br><br>and<br><br>**JOHN/JANE DOES 1-10,**<br><br>Defendants. | **CIVIL ACTION NO:**<br><br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## PUBLIC SUPPLEMENTAL EXHIBIT INDEX

| Exhibit | Objective Description | Referenced For |
|---|---|---|
| A | Public-redacted selected screenshots from NEW EXHIBITS TO FILE, source pages 5, 6, 8, and 10 | Statements concerning Witness A's work computer, identity, workplace, occupation, and state; proposed witness identifier and specific occupation/geographic information redacted. |
| B | July 23, 2026 email from John J. Martucci, Jr. to Joseph P. Lesniak, Esq., copied to related-matter counsel | Communication discussing this federal action while stating that Martucci's office had not appeared and had not been retained in this case. |
| C | FedEx tracking record for Tracking No. 528177256112 | Evidence supporting the separate notice that the $405 filing-fee check was mailed on July 23, 2026. |

Dated: July 24, 2026
      23

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, pro se

1

712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com