# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

**NIKOLAOS T. HATZIEFSTATHIOU,**
a/k/a "Nik the Hat,"
712 Cedar Grove Road
Broomall, Pennsylvania 19008

Plaintiff, Pro Se,

v.

**STEPHANIE JO TRUDE,**
a/k/a "BBQ Lady" and "BBQLADYY,"
827 Bedford Street
Claysburg, PA 16625-7708
-or-
2003 14th Ave
Altoona, PA 16601

**JESSICA LYNNE SENG,**
a/k/a "Granny's Watching,"
548 Tasker Avenue
Norwood, PA 19074

and

**JOHN/JANE DOES 1-10,**

Defendants.

**CIVIL ACTION NO:**

**2:26-cv-04659-HB**

**JURY TRIAL
DEMANDED**

## CERTIFICATE OF NOTICE REGARDING MOTION TO SEAL

I certify that on ___**23  July**___, 2026, I submitted the Motion for Leave to File Unredacted Supplemental Exhibit A Under Seal, Memorandum, and Proposed Order to the Clerk of Court through the authorized filing method.

I further certify that I transmitted courtesy copies of the public motion papers by the following method(s): [ ] Email  [ ] Facsimile  [ ] First-Class Mail.

The unredacted exhibit was transmitted only through the Court's protected filing procedure and was not sent to any unauthorized recipient.

Dated: ___**July  23**___, 2026

Respectfully submitted,

Nikolaos T. Hatziefstathiou

1

Plaintiff, pro se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Mobile: (267) 648-8561
Email: nh@oneworldcommand.com