**[Clerks Office Only]**

**Name:**

**Nikolaos T. Hatziefstathiou**

**Email Address:**

**nh@oneworldcommand.com**

**Phone Number**

**2676488561**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Nikolaos T. Hatziefstathiou v. Jessica Lynne Seng et al.**

**Case Number**

**2:26-cv-04659-HB**

**Description of Document(s)**

**Notice of Mailing of Filing Fee, Supplemental Motion for Leave, Memorandum of Law, Motion to Seal Witness Intimidation Exhibits, Certificate of Service**

**Do you have a mailing address?**

**Yes**

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**712 Cedar Grove Road**

**Mailing Address Line 2**

**City:**

**Broomall**

**State:**

**PA**

**Zip Code:**

**19008**

**Other**

**Terms of Submission**

**Yes**

Hide empty values

Case 2:26-cv-04659-HB    Document 12-8    Filed 07/24/26    Page 2 of 2

**Yes**