IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 26-4659 |
| JESSICA LYNNE SENG et al. | : | |

ORDER

AND NOW, this 16th day of September 2026, it is hereby ORDERED that:

(1) The motion of plaintiff for leave to file a first amended verified complaint and jury demand (Doc. #13) is DENIED as moot since plaintiff is still within the time to amend his pleading once as a matter of course. See Fed. R. Civ. P. 15(a)(1).

(2) The amended complaint, which was submitted as part of plaintiff's motion (Doc. #13), shall be deemed filed.

BY THE COURT:

/s/ Harvey Bartle III
J.