IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JESSICA LYNNE SENG et al. | : | NO. 26-4659 |

ORDER

AND NOW, this 16th day of September 2026, it is hereby ORDERED that:

(1) The motion of plaintiff "for leave to submit multimedia exhibits conventionally" (Doc. #3) is DENIED as moot as plaintiff has now filed an amended complaint;

(2) The motion of plaintiff "for leave to file supplemental declaration and exhibits, for expedited Rule 16 preservation status conference and narrow preservation relief based on post-order conduct, and for conditional attorney-witness hearing" (Doc. #10) is DENIED as moot as plaintiff has now filed an amended complaint;

(3) The motion of plaintiff "for leave to file a second supplemental declaration and public-redacted exhibits in support of ECF No. 10, and to defer further substantive relief until completion of service" (Doc. #11) is DENIED as moot as plaintiff has now filed an amended complaint; and

(4) The motion of plaintiff "for leave to file unredacted supplemental exhibit A under seal" (Doc. #12) is DENIED as moot as plaintiff has now filed an amended complaint.

BY THE COURT:

/s/ Harvey Bartle III
J.