AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| Nikolaos T. Hatziefstathiou<br>*Plaintiff*<br>v.<br>Jessica Lynne Seng, Stephanie Jo Trude, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:26-cv-04659-HB |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Stephanie Jo Trude (only) .

Date: 09/17/2026

/s/ John F. Indzonka
*Attorney's signature*

John F. Indzonka PA ID No. 337765
*Printed name and bar number*

Dillon McCandless King Coulter & Graham, L.L.P.
128 W. Cunningham Street
Butler, PA 16001
*Address*

jindzonka@dmkcg.com
*E-mail address*

(724) 283-2200
*Telephone number*

(724) 283-2298
*FAX number*