# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO. 2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR A CASE MANAGEMENT CONFERENCE

## CONCERNING MEDIATION AND BRIEFING COORDINATION

*Fed. R. Civ. P. 16(a), (c)(2); E.D. Pa. L. Civ. R. 7.1, 53.3*

**1.** Plaintiff requests a case-management conference to discuss court-assisted mediation of his dispute with Stephanie Jo Trude and orderly coordination of any amendment and dismissal-motion briefing. He remains willing to participate in mediation in good faith.

**2.** The Clerk issued a notice identifying this case as eligible for court-annexed mediation, subject to the presiding judge's approval. That notice did not itself refer the case to mediation or change a deadline. [ECF No. 6, PDF p. 1.]

**3.** Plaintiff intends to seek leave to correct pleading deficiencies and clarify the factual basis for his claims. A conference would allow the Court to consider the sequence of the amendment request, any dismissal briefing, and possible mediation without deciding the merits of those requests in advance.

**4.** Plaintiff is willing to participate in court-assisted mediation under the confidentiality protections of Local Civil Rule 53.3(c) and the Court's directions. He asks that any proposed recording or livestreaming of the mediation session be addressed with the Court beforehand. He seeks no restriction on otherwise lawful public discussion, no-contact injunction, sanctions, or findings about settlement negotiations.

**5.** This motion does not request an immediate stay, bar the filing of a motion, or extend the time to serve Jessica Lynne Seng. Existing deadlines remain in effect unless changed by an applicable rule or an order of the Court.

**6.** Plaintiff has not discussed this specific case-management conference request with King or Indzonka. He does not represent that it is agreed or unopposed.

**WHEREFORE**

Plaintiff respectfully requests that the Court schedule a case-management conference for these limited purposes.

Prepared September 18, 2026

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, Pro Se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Telephone: (267) 648-8561
Email: nh@oneworldcommand.com
Signature date: 18 Sept 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO. 2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

**MEMORANDUM IN SUPPORT OF THE MOTION**

**FOR A CASE MANAGEMENT CONFERENCE**

## I. REQUESTED RELIEF

Plaintiff seeks a conference about possible mediation with Trude and coordination of amendment and dismissal-motion briefing. His present willingness to mediate is stated in Motion paragraph 1. The Clerk's mediation notice confirms eligibility subject to judicial approval. [ECF No. 6, PDF p. 1.]

The request does not depend on the contents of settlement proposals, disputed public statements, or a finding that either party acted improperly. No merits evidence is offered with this limited procedural motion.

## II. AUTHORITY AND SCOPE

Rule 16(a)(1), (3), and (5) permits conferences to expedite disposition, discourage wasteful pretrial activity, and facilitate settlement. Rule 16(c)(2)(B), (I), (K), and (P) permits consideration of amendments, pending motions, settlement procedures, and other matters facilitating a just and efficient disposition. Local Civil Rule 53.3(b)–(d) recognizes mediation, protects the confidentiality of ADR processes under that rule, and preserves judicial authority to direct an appropriate process.

Judge Bartle's posted procedures identify amendment timing and alternative dispute resolution as conference subjects and encourage settlement. Policies and Procedures, pp. 2, 6. A conference would permit an orderly discussion of those issues without requiring a merits ruling on this motion.

Rule 15(a)(2) directs that leave be freely given when justice requires. Relevant reasons for denial include undue delay, bad faith, repeated unsuccessful cures, undue prejudice, and futility. *Foman v. Davis*, 371 U.S. 178, 182 (1962). A complete proposed amended complaint permits the Court to evaluate the actual changes. *Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252–53 (3d Cir. 2007). Plaintiff intends to submit that proposal with any leave motion; he does not ask the Court to approve an unseen pleading. Coordinating that request with dismissal briefing may avoid repetitive submissions while preserving the opposing parties' opportunity to respond.

Local Civil Rule 7.1(c) requires a party intending to amend to file notice within fourteen days after service of the motion and supporting brief, unless the Court directs otherwise. It does not itself grant leave or prescribe an indefinite pause. Any necessary change to an identified deadline must be requested expressly and addressed under the applicable rules and orders. No deadline extension is requested here.

## III. CONCLUSION

Plaintiff requests a case-management conference. The proposed order sets that conference while leaving existing deadlines and all merits issues unchanged.

Prepared September 18, 2026

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, Pro Se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Telephone: (267) 648-8561
Email: nh@oneworldcommand.com
Signature date: 18 Sept 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

AND NOW, this ______ day of __________________, 20____, upon consideration of Plaintiff's Motion for a Case Management Conference Concerning Mediation and Briefing Coordination, it is ORDERED:

**1.** A case-management conference will be held on __________________ at __________________, by the method designated by the Court, to discuss possible mediation of the Plaintiff-Trude dispute and coordination of amendment and dismissal-motion briefing.

**2.** This Order does not grant leave to amend, stay proceedings, extend any deadline, or change Plaintiff's obligations to serve Jessica Lynne Seng.

BY THE COURT:

__________________________________

HARVEY BARTLE III, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO. 2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE OF MOTION

*Fed. R. Civ. P. 5*

On 18 Sept. 2026, I served the Motion for a Case Management Conference Concerning Mediation and Briefing Coordination, supporting memorandum, and proposed order by USPS & EMAIL on the recipients listed below at their verified current service addresses.

Counsel of record for Stephanie Jo Trude only
Thomas W. King III and John F. Indzonka
Dillon McCandless King Coulter & Graham, L.L.P.
TKING@DMKCG.com

Jessica Lynne Seng
notyabousiness013@gmail.com

This certificate concerns Rule 5 service of the listed papers, not Rule 4 service of a summons and complaint.

[signature]

Nikolaos T. Hatziefstathiou
Date of certification: 18 Sept 2026