**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO. 2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF INTENT TO SEEK LEAVE TO FILE A SECOND AMENDED COMPLAINT AND TO IDENTIFY A DOE DEFENDANT

*E.D. Pa. L. Civ. R. 7.1(c); Fed. R. Civ. P. 15(a)(2), 15(d), 21*

**1.** Plaintiff Nikolaos T. Hatziefstathiou gives notice under Local Civil Rule 7.1(c) that he intends to move for leave under Federal Rules of Civil Procedure 15(a)(2), 15(d), and 21 to file a complete proposed Second Amended Complaint. He will attach that complete proposed pleading to the motion for leave. *See Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252–53 (3d Cir. 2007).

**2.** This notice does not amend the operative First Amended Complaint at ECF No. 19, does not add a party, does not request issuance of a summons, and does not stay or extend any deadline, including the Rule 4(m) period addressed in Plaintiff's separate renewed motion filed today.

**3.** Conferral this date. On September 18, 2026, at 11:22 a.m., John F. Indzonka, counsel of record for Defendant Stephanie Jo Trude, wrote that the First Amended Complaint "does not satisfy our concerns raised in our August 27 conferral" and that "We will proceed with filing the Motion to Dismiss." At 11:23 a.m., Plaintiff replied: "Received. I'm amending the complaint to include additional claims from the past 48 hours." The exchange is attached as

Exhibit A.

**4.** The intended Second Amended Complaint will be a complete pleading. It is intended to (a) cure pleading matters raised in the August 27 conferral and in the forthcoming motion to dismiss; (b) plead post-filing publications and continued-course conduct, including conduct after counsel entered an appearance for Trude on September 17, 2026 (ECF No. 22); and (c) identify at least one previously unnamed Doe defendant.

**5.** The Doe Plaintiff presently intends to name is John J. Martucci, Esquire, Martucci Law Offices, LLC, 301 Wharton Street, Philadelphia, Pennsylvania 19147. Mr. Martucci is counsel of record for Jessica Lynne Seng in the unrelated Court of Common Pleas of Delaware County actions *AtNight Media, LLC, et al. v. Jessica Lynne Seng, et al.*, No. CV-2024-009083, and *Seng v. Jackson*, No. CV-2025-008880. Naming him in this notice identifies the intended party. It does not make him a party and does not request service of a summons on him today.

**6.** The proposed Second Amended Complaint is intended to allege, on Plaintiff's personal knowledge and on documents in his possession, among other things:

• that Seng conducts public livestreams, typically on weekdays, in which she states she must consult Mr. Martucci before reading correspondence that Plaintiff understood to concern settlement, motions, or other legal process, and then reads that material on streams with live audiences of approximately 3,000 to 10,000 viewers;

• that after those consultations Mr. Martucci authorizes, or does not stop, the on-air reading of that correspondence;

• that the on-air use of the correspondence is monetized and used to fund legal fees in the unrelated state action and to underwrite defense activity connected to this case;

• that Mr. Martucci has sent correspondence, including between 8:00 p.m. and 5:00 a.m., to counsel in unrelated matters and has copied firms and persons who are not counsel of record for Seng in this federal action, including Thomas W. King III, concerning Plaintiff;

• that those communications, as later read or described on stream, include statements to the effect that Plaintiff is a lost cause, that counsel will sue and prevail, and that the litigation will

be expanded, which the live audience treats as a basis to send money;

• that Mr. Martucci has declined to communicate with Plaintiff as a self-represented party, has characterized Plaintiff's emails as harassment, and has communicated with counsel whom Plaintiff instructed not to be used as a conduit about this federal case and about Seng, who is a defendant in this action;

• that Plaintiff incurred more than $15,000 in legal consulting costs to respond to that correspondence because Mr. Martucci would not deal with a self-represented party; and

• that this course continued, and in Plaintiff's view intensified, after the September 17, 2026 appearance of federal counsel for Trude (ECF No. 22).

**7.** Plaintiff will set out those allegations, with dates, exhibits, and the legal theories he contends apply, in the complete proposed Second Amended Complaint attached to the forthcoming motion for leave. This notice does not ask the Court to decide those claims on the merits.

**8.** Plaintiff separately files today a renewed motion to extend time to serve Jessica Lynne Seng under Rules 4(m) and 6(b)(1)(A), and a motion for a case-management conference to sequence amendment and dismissal-motion briefing. Those papers are not this notice.

Prepared September 18, 2026

Document date: September 18, 2026

Respectfully submitted,

[signature]

Nikolaos T. Hatziefstathiou
Plaintiff, Pro Se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Telephone: (267) 648-8561
Email: nh@oneworldcommand.com
Signature date: 18 July 2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO. 2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## VERIFICATION

*28 U.S.C. § 1746*

I, Nikolaos T. Hatziefstathiou, declare under penalty of perjury under the laws of the United States of America that the foregoing Notice of Intent to Seek Leave to File a Second Amended Complaint and to Identify a Doe Defendant is true and correct to the best of my knowledge, information, and belief. I have personal knowledge of the livestream conduct, the consulting expense, and the correspondence described as intended allegations. I understand that this notice does not itself amend the complaint or add a party.

Executed on 18 Sept, 2026, at Broomall, Pennsylvania.

[signature]

Nikolaos T. Hatziefstathiou
Plaintiff, Pro Se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE OF NOTICE

*Fed. R. Civ. P. 5*

On 18 Sept 2026, I served the Notice of Intent to Seek Leave to File a Second Amended Complaint and to Identify a Doe Defendant, the Verification, and Exhibit A by USPS & EMAIL on the recipients listed below at their verified current service addresses.

**Counsel of record for Stephanie Jo Trude only**
Thomas W. King III and John F. Indzonka
Dillon McCandless King Coulter & Graham, L.L.P.
128 West Cunningham Street
Butler, Pennsylvania 16001

**Jessica Lynne Seng** (Rule 5 service of this notice only; not Rule 4 service)
548 Tasker Avenue
Norwood, Pennsylvania 19074

This certificate concerns Rule 5 service of the listed papers, not Rule 4 service of a summons and complaint. This notice is not served as original process on John J. Martucci.

[signature]

Nikolaos T. Hatziefstathiou
Date of certification: 18 Sept 2026

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NIKOLAOS T. HATZIEFSTATHIOU,**<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>**2:26-cv-04659-HB**<br><br>**JURY TRIAL DEMANDED** |

## EXHIBIT A

*September 18, 2026 conferral exchange*

Exhibit A is page 1 of the September 18, 2026 email exchange between John F. Indzonka and Plaintiff. The 11:22 a.m. message states that counsel will proceed with filing the Motion to Dismiss. The 11:23 a.m. reply states that Plaintiff is amending the complaint to include additional claims from the past 48 hours. The signature-banner page of that email is omitted.

## Re: Motion to Dismiss - First Amended Complaint

**From:** Jack Indzonka jindzonka@dmkcg.com
**To:** Nik "the Hat" Hatziefstathiou nh@oneworldcommand.com
**Cc:** Thomas W King III TKing@dmkcg.com
**Date:** Fri, Sep 18, 2026, 11:22 AM

Mr. Hatziefstathiou,

Your First Amended Complaint does not satisfy our concerns raised in our August 27 conferral. We will proceed with filing the Motion to Dismiss.

Best,

Jack Indzonka, Esquire I Associate
Dillon McCandless King Coulter & Graham LLP
128 West Cunningham Street Butler, PA 16001
600 Cranberry Woods Drive, Suite 175, Cranberry Twp, PA 16066
**Butler: 724-283-2200**
**Cranberry: 724-776-6644**

DILLON MCCANDLESS
KING COULTER & GRAHAM LLP
*ATTORNEYS AT LAW*

---

**From:** Nik "the Hat" Hatziefstathiou nh@oneworldcommand.com
**To:** Jack Indzonka jindzonka@dmkcg.com
**Cc:** Thomas W King III TKing@dmkcg.com
**Date:** Fri, Sep 18, 2026, 11:23 AM

Received. I'm amending the complaint to include additional claims from the past 48 hours.