**Name:**

**Nikolaos T. Hatziefstathiou**

**Email Address:**

**nh@oneworldcommand.com**

**Phone Number**

**2676488561**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**Hatziefstathiou v. Seng et al.**

**Case Number**

**2:26-cv-04659-HB**

**Description of Document(s)**

**Renewed Motion to Extend Time to Serve Jessica Lynne Seng (Rule 4(m))**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**712 Cedar Grove Rd**

**Mailing Address Line 2**

***In Residence**

**City:**

**Broomall**

**State:**

**PA**

**Zip Code:**

**19008**

**Terms of Submission**

**Yes**

Show empty values