AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Nikolaos T. Hatziefstathiou
*Plaintiff*
v.
Jessica Lynne Seng, Stephanie Jo Trude, et al.
*Defendant*

Case No. 2:26-cv-04659-HB

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Stephanie Jo Trude (only) .

Date: 09/21/2026

/s/Thomas E. Breth, Esquire
*Attorney's signature*

Thomas E. Breth, Esquire, PA ID No 66350
*Printed name and bar number*

Dillon McCandless King Coulter & Graham, L.L.P.
128 W. Cunningham Street
Butler, PA 16001
*Address*

tbreth@dmkcg.com
*E-mail address*

(724) 283-2200
*Telephone number*

(724) 283-2298
*FAX number*