**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU, a/k/a "Nik the Hat," | : | No.: 2:26-cv-04659-HB |
| *Plaintiff,* | : | |
| v. | : | |
| JESSICA LYNNE SENG, a/k/a "Granny's Watching"; STEPHANIE JO TRUDE, a/k/a "BBQ Lady" and "BBQLADYY"; and JOHN/JANE DOES 1–10, | : | |
| *Defendants.* | : | |

**ORDER**

AND NOW, this _____ day of ____________________, 2026, upon consideration of Defendant Stephanie Jo Trude's Motion to Dismiss Plaintiff's First Amended Complaint, the supporting brief, and Plaintiff's response, if any, it is hereby ORDERED that the Motion is GRANTED as follows:

1. Counts I, II, V, XIII, XVI, and XVII are DISMISSED WITH PREJUDICE as against Defendant Stephanie Jo Trude.

2. Counts IV, VI through IX, XI, XII, XIV, and XV are DISMISSED WITH PREJUDICE as against Defendant Stephanie Jo Trude. Trude is immune from those claims under 42 Pa. Cons. Stat. § 8340.15.

3. Counts III and X, and any other Pennsylvania claims asserted or purportedly asserted against Defendant Stephanie Jo Trude, are DISMISSED WITHOUT PREJUDICE.

4. Defendant Stephanie Jo Trude is entitled to reasonable attorney fees, court costs, and expenses of litigation under 42 Pa. Cons. Stat. § 8340.18. The Court retains jurisdiction to determine the amount upon appropriate application.

5. The Clerk of Court shall terminate Stephanie Jo Trude as a defendant in this action.

**BY THE COURT:**

________________________________

HARVEY BARTLE III, J.