IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JESSICA LYNNE SENG et al. | : | NO. 26-4659 |

ORDER

AND NOW, this 22nd day of September 2026, it is hereby ORDERED that the motion of plaintiff "for a case management conference concerning mediation and briefing coordination" (Doc. # 23) is DENIED as premature as it is too early in the proceedings for such a conference.

BY THE COURT:

/s/ Harvey Bartle III
J.