IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 26-4659 |
| JESSICA LYNNE SENG et al. | : | |

ORDER

AND NOW, this 22nd day of September 2026, it is hereby ORDERED that the renewed motion of plaintiff to extend time to serve defendant Jessica Lynne Seng (Doc. # 25) is GRANTED. Plaintiff shall serve defendant with the amended complaint by November 4, 2026. NO FURTHER EXTENSIONS SHALL BE GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.