**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU,<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>2:26-cv-04659-HB<br><br>**JURY TRIAL DEMANDED** |

## JUDICIAL RECORD EXHIBIT INDEX

Exhibit A: ECF No. 18, filed September 16, 2026. Order deeming the First Amended Complaint filed and denying the amendment motion as moot. Complete one-page order at exhibit bundle page 3.

Exhibit B: ECF No. 29, filed September 22, 2026. Order denying the case-management conference request as premature. Complete one-page order at exhibit bundle page 5.

Exhibit C: ECF No. 30, filed September 22, 2026. Order extending time to serve Seng through November 4, 2026, with no further extensions. Complete one-page order at exhibit bundle page 7.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU,<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>2:26-cv-04659-HB<br><br>**JURY TRIAL DEMANDED** |

**EXHIBIT A**

**ORDER DEEMING THE FIRST AMENDED COMPLAINT FILED**

ECF No. 18
Filed September 16, 2026
Complete original order: one page

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 26-4659 |
| JESSICA LYNNE SENG et al. | : | |

ORDER

AND NOW, this 16th day of September 2026, it is hereby ORDERED that:

(1) The motion of plaintiff for leave to file a first amended verified complaint and jury demand (Doc. #13) is DENIED as moot since plaintiff is still within the time to amend his pleading once as a matter of course. See Fed. R. Civ. P. 15(a)(1).

(2) The amended complaint, which was submitted as part of plaintiff's motion (Doc. #13), shall be deemed filed.

BY THE COURT:

/s/ Harvey Bartle III
J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU,<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>2:26-cv-04659-HB<br><br>**JURY TRIAL DEMANDED** |

**EXHIBIT B**

**ORDER DENYING A CASE-MANAGEMENT CONFERENCE AS PREMATURE**

ECF No. 29
Filed September 22, 2026
Complete original order: one page

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JESSICA LYNNE SENG et al. | : | NO. 26-4659 |

ORDER

AND NOW, this 22nd day of September 2026, it is hereby ORDERED that the motion of plaintiff "for a case management conference concerning mediation and briefing coordination" (Doc. # 23) is DENIED as premature as it is too early in the proceedings for such a conference.

BY THE COURT:

/s/ Harvey Bartle III
J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU,<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>2:26-cv-04659-HB<br><br>**JURY TRIAL DEMANDED** |

**EXHIBIT C**

**ORDER EXTENDING TIME TO SERVE SENG THROUGH NOVEMBER 4, 2026**

ECF No. 30
Filed September 22, 2026
Complete original order: one page

Case 2:26-cv-04659-HB Document 31 Filed 09/25/26 Page 7 of 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 26-4659 |
| JESSICA LYNNE SENG et al. | : | |

ORDER

AND NOW, this 22nd day of September 2026, it is hereby ORDERED that the renewed motion of plaintiff to extend time to serve defendant Jessica Lynne Seng (Doc. # 25) is GRANTED. Plaintiff shall serve defendant with the amended complaint by November 4, 2026. NO FURTHER EXTENSIONS SHALL BE GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
J.