# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU,<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>2:26-cv-04659-HB<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

I certify that on October 6, 2026, I served true and correct copies of (1) Plaintiff's Response in Opposition and Supporting Memorandum of Law Regarding Trude's Motion to Dismiss the First Amended Complaint; (2) the proposed order; (3) the Judicial Record Exhibit Index and Exhibits A through C; and (4) this Certificate of Service, by depositing copies in the United States mail, first-class postage prepaid, addressed as follows:

Thomas W. King III, Esquire
Thomas E. Breth, Esquire
John F. Indzonka, Esquire
Dillon McCandless King Coulter & Graham, LLP
128 West Cunningham Street
Butler, Pennsylvania 16001
Counsel for Stephanie Jo Trude

Jessica Lynne Seng
548 Tasker Avenue
Norwood, Pennsylvania 19074

Dated: October 5, 2026

Respectfully submitted,

Nikolaos T. Hatziefstathiou
Plaintiff, Pro Se
712 Cedar Grove Road
Broomall, Pennsylvania 19008
Telephone: (267) 648-8561
Email: nh@oneworldcommand.com