**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| NIKOLAOS T. HATZIEFSTATHIOU,<br><br>Plaintiff, Pro Se,<br><br>v.<br><br>JESSICA LYNNE SENG,<br>STEPHANIE JO TRUDE,<br>and<br>JOHN/JANE DOES 1-10,<br><br>Defendants. | **CIVIL ACTION NO.**<br>2:26-cv-04659-HB<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

AND NOW, this ______ day of ____________________, 20____, upon consideration of Defendant Stephanie Jo Trude's motion to dismiss the First Amended Complaint (ECF No. 27), the supporting brief (ECF No. 28), and Plaintiff's consolidated response and supporting memorandum of law, it is ORDERED as follows:

1. The motion is DENIED as to Counts VI and VII. Trude's requests for statutory immunity and fee entitlement under 42 Pa. Cons. Stat. sections 8340.15 and 8340.18 are DENIED.

2. Before final dismissal of a remaining count for a curable pleading defect, Plaintiff may, within twenty-one days of this Order, submit a motion under Federal Rule of Civil Procedure 15(a)(2) accompanied by a complete proposed amended complaint.

3. Any dismissal for lack of jurisdiction or discretionary declination of supplemental jurisdiction shall be without prejudice. Existing deadlines and the orders at ECF Nos. 29 and 30 remain unchanged.

BY THE COURT:

___________________________________
HARVEY BARTLE III, J.