# Pro Se Electronic Filing

**Name:**

Nikolaos Hatziefstathiou

**Email Address:**

nh@oneworldcommand.com

**Phone Number**

2676488561

**Are you filing a new case?**

No, I'm not filing a new case.

**Case Caption**

Nikolaos Hatziefstathiou v. Jessica Lynne Seng et al

**Case Number**

2:26-cv-04659-HB

**Description of Document(s)**

Plaintiffs Response in Opposition of Defendant Trude’s Motion to Dismiss, Memorandum of Law, Certificate of Service, Proposed Order, Exhibits

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

712 CEDAR GROVE ROAD

**City:**

BROOMALL

**State:**

PA

**Zip Code:**

19008

**Terms of Submission**

Certificate of Service.pdf | Powered by Box

**Yes**

Show empty values